# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2007

127660 & (101)

JOYCE MCDOWELL, as Personal
Representative of the estates of
BLAKE BROWN, JOYCE BROWN,
and CHRISTOPHER BROWN, deceased,
and as Conservator for JONATHON FISH,
JOANNE CAMPBELL, and JUANITA FISH,
      Plaintiff-Appellee,

v

CITY OF DETROIT and the
DETROIT HOUSING COMMISSION,
      Defendants-Appellants.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127660
COA: 246294
Wayne CC: 00-039668-NO

On order of the Court, the motion for reconsideration of this Court's April 11, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and KELLY, JJ., would grant reconsideration for the reasons set forth in Justice Cavanagh's dissent to the April 11, 2007 order.

WEAVER, J., dissents and states as follows:

I would grant plaintiff's motion for reconsideration. I write further to state that I dissent from the participation of the majority of four, Chief Justice Taylor and Justices Corrigan, Young, and Markman in this case, where Mr. Geoffrey N. Fieger's law firm represents the plaintiff. For my reasons in detail, see my dissent in *Grievance Administrator v Fieger,* 476 Mich 231, 328-347 (2006) (Weaver J., dissenting), and my dissent to the denial of the motion for stay in *Grievance Administrator v Fieger,* 477 Mich 1228, 1231-1271 (2006) (Weaver, J., dissenting).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2007

_____
Clerk

t0523